UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL ALEXANDER,<br><br>    Petitioner,<br><br>  v.<br><br>UNKNOWN,<br><br>    Respondent. | No. 2:13-cv-2239-EFB P<br><br><br><br>ORDER |

This action was opened when a letter sent by Mr. Alexander to the court was construed as a request for an extension of time to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. *See* ECF No. 1. That letter, however, does not make such a request. Rather, it is an improper request from Mr. Alexander for legal advice from the court. Good cause appearing, the Clerk of the Clerk shall close this case as it was opened in error.

So ordered.

Dated: October 29, 2013.

                                                                              /s/ Edmund F. Brennan
                                                                              EDMUND F. BRENNAN
                                                                              UNITED STATES MAGISTRATE JUDGE